

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00103-CV

**IN THE MATTER OF THE ESTATE OF** William D. **STEWART**, Jr.

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017-PC-0986
Honorable Veronica Vasquez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant Wayne A. Stewart.

SIGNED May 19, 2021.

_____
Liza A. Rodriguez, Justice